UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Christopher Loeb
Plaintiff(s),

vs.

County of Suffolk, et al
Defendant(s).

ATTORNEY: THE CASSAR LAW FIRM, P.C.

CIVIL ACTION NO.: 2:22-CV-06410-HG

DATE OF FILING: 11/01/2022

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Nassau   ss:

I, Craig Eisenberg, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **11/04/2022** at **9:39 AM** at **100 Veterans Memorial Hwy, Hauppauge, NY 11788**,
Deponent served the **Summons in a Civil Action, Complaint, and Civil Cover Sheet** upon **County of Suffolk**, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering to and leaving a true copy to **Laura Colon** personally, a person who is authorized to receive process service for **County of Suffolk**. Deponent knew said county agency so served to be the county agency described in said **Summons in a Civil Action, Complaint, and Civil Cover Sheet** as said defendant/respondent/recipient. Deponent knew the individual accepting service to be an/the **Clerk** thereof.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Female** Skin: **White** Hair: **Blonde** Age (Approx): **45** Height(Approx): **5'3"** Weight(Approx): **110-120 lbs** Glasses: **No** Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Craig Eisenberg

Sworn to before me this
November ___8___ 2022

ALEXANDER JAMES
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01JA6029931
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES AUGUST 30, 2025

Ultimate Process Service, Inc. 585 Stewart Ave, Ste LL16, Garden City, NY 11530 516-333-3447 Lic#1376042
Case No: 1661298