# COUNTY OF SUFFOLK



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. COHEN**  **DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

December 30, 2022

Hon. Hector Gonzalez
United States District Judge
Eastern District of New York
Brooklyn Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Loeb v. County of Suffolk, et al.,*
      22-CV-6410 (HG)

Dear Judge Gonzalez:

Pursuant to your Honor's orders of December 28, 2022 and December 29, 2022, the County defendants respectfully are filing with this letter the so ordered settlement agreement and consent to forfeiture which was referenced on page two of our pre-motion letter (DE 11). We are requesting that this document be received as Exhibit A to our motion.

We thank the Court for its consideration of this submission.

Respectfully submitted,

DENNIS M. COHEN
SUFFOLK COUNTY ATTORNEY

*/s/ Brian C. Mitchell*
Brian C. Mitchell
Assistant County Attorney

CC:
Christopher Cassar, Esq.  Attorney for the Plaintiff (via ECF)